UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MIROSLAW MAREK, *individually and on behalf of all others similarly situated*,

                              Plaintiff,          AMENDED REPORT
   -against-                                      AND RECOMENDATION
                                                         19 CV 6749 (RPK)(RML)

ZEN RESTORATION, *et al.*,

                              Defendants.
------------------------------------------------------------------X

LEVY, United States Magistrate Judge:

       Having reviewed the objections filed by plaintiff Miroslaw Marek on July 7, 2021 (see Dkt. No. 28), I am reconsidering the report and recommendation issued on June 25, 2021 and amending it. In light of Fisher v. SD Prot. Inc., 948 F.3d 593 (2d Cir. 2020), I recommend that the proposed settlement be approved without modification to the attorney's fees. Though the requested amount of attorney's fees constitutes a significant percentage of the settlement amount, to deny plaintiff's counsel the agreed upon $6,000 might discourage attorneys from taking small Fair Labor Standards Act cases, which would defeat the purposes of fee shifting statutes. Any objections to this amended report and recommendation must be filed electronically within fourteen (14) days. Failure to file objections within the specified time waives the right to appeal the district court's order. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72, 6(a), 6(d).

                                                           /s/
                                                         ROBERT M. LEVY
                                                         United States Magistrate Judge

Dated: Brooklyn, New York
        July 30, 2021